IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PATRICIA MARTINEZ,

    Plaintiff,

vs.                                          Civ. No. 01-36 BB/WWD

MICHAEL D. MARTINEZ, PAUL WEIST,
JEAN SMITH, SUN STAR ASSOCIATES,
ALBUQUERQUE COMMERCIAL REALTY,
INC., AND OTHERS YET UNNAMED,
Individually, Jointly and Severally,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Defendants' Motion for Protective Order Staying Discovery Pursuant to Fed. R. Civ. P. 26(c) filed March 5, 2001 [docket no. 9]. After reading the submissions of counsel, I am convinced that a short stay of discovery proceedings in this cause will not in any way prejudice the Plaintiff, and it may save both parties some time and expense in the event that during the stay there is a determination of the pending motion to dismiss. Accordingly, discovery in this cause will be stayed until and including May 24, 2001.

**IT IS SO ORDERED**.

                                                              UNITED STATES MAGISTRATE JUDGE